No. 74–1148. GREAT ATLANTIC & PACIFIC TEA CO., INC. *v.* COTTRELL, HEALTH OFFICER OF MISSISSIPPI. Ap-

peal from D. C. S. D. Miss.   Probable jurisdiction noted.